Matthew D. Resnik (Bar No. 182562)
Roksana D. Moradi-Brovia (Bar No. 266572)
**RHM LAW LLP**
17609 Ventura Blvd., Suite 314
Encino, CA 91316
**Telephone:** (818) 285-0100
**Facsimile:** (818) 855-7013
matt@RHMFirm.com
roksana@RHMFirm.com

*Attorneys for Debtor*
Travis Farley Oke

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>TRAVIS FARLEY OKE,<br><br>Debtor and Debtor-in-Possession. | Case No. 2:25-bk-19188-BB<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION BY RHM LAW LLP TO WITHDRAW AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MATTHEW D. RESNIK IN SUPPORT THEREOF**<br><br>*[No hearing required pursuant to LBR 9013-1(p)(4).]* |

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule ("LBR") 2091-1(a), RHM LAW LLP (the "Firm") hereby moves this Court for an order permitting the Firm to withdrawal as counsel for TRAVIS FARLEY OKE, the "Debtor" and "Debtor-in-Possession" in the above-stated Chapter 11 case, effective upon entry of the order granting this Motion.

The Motion is based on irreconcilable differences between the Debtor and the Firm and the process in moving forward in the Chapter 11 bankruptcy case; the conflict has made it difficult and burdensome for the Firm to continue to represent the Debtor in any additional proceedings.

RHM LAW LLP

**1**

The Motion is based upon this Notice of Motion and Motion, the attached Declaration, all pleadings and records on file in this case, and upon such other evidentiary matters as may be presented to the Court regarding the Motion.

PLEASE TAKE FURTHER NOTICE that this Motion is brought pursuant to LBR 9013-1(p)[4], which provides that this Motion may be granted without a hearing.

Dated: November 18, 2025         **RHM LAW LLP**

**By:** /s/ Matthew D. Resnik
**Matthew D. Resnik**
**Roksana D. Moradi-Brovia**
*Attorneys for Debtor*
Travis Farley Oke

RHM LAW LLP

**MOTION TO WITHDRAW**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. NOTICE TO TRAVIS FARLEY OKE OF CONSEQUENCES OF WITHDRAWAL

Notice is hereby given, pursuant to Local Bankruptcy Rule ("LBR") 2091-1(c), that if this Motion is granted by the Court, representation by RHM LAW LLP (the "Firm") will end upon entry of the order granting this Motion.

TRAVIS FARLEY OKE, the "Debtor" and "Debtor-in-Possession" herein has been previously advised to immediately seek representation to ensure that his rights are not adversely affected by the withdrawal.

The Debtor is hereby again advised that the consequences of appearing without counsel include the possibility that the case may be converted to Chapter 7, a trustee may be appointed, or the case may be dismissed.

## II. REQUEST TO WITHDRAW

LBR 2091-1. ATTORNEYS – WITHDRAWAL, SUBSTITUTION, AND CHANGE OF ADDRESS

    (a) Motion for Withdrawal or Substitution. Except as provided in LBR 2091-1(b), leave of court pursuant to LBR 9013-1(p) is required for:
        (1) An attorney who has appeared on behalf of an entity in any matter concerning the administration of the case, in one or more proceedings, or both, to withdraw as counsel.

LBR 2091-1. ATTORNEYS – WITHDRAWAL, SUBSTITUTION, AND CHANGE OF ADDRESS

    (c) Notice.
    (1) Case. An attorney seeking withdrawal or substitution who has appeared on behalf of an entity in any matter concerning the administration of the case must give notice of the proposed substitution or motion for leave to withdraw to the debtor, the United States trustee, any case trustee, any committee appointed in the case, and counsel for any of the foregoing.

LBR 9013-1. MOTION PRACTICE AND CONTESTED MATTERS

    (p) Motions and Matters Determined with Notice, but without a Hearing. The following motions may be determined without a hearing after notice provided in the corresponding LBR cited.
    (4) Motion to Withdraw as Counsel [LBR 2091-1(a)]

1   After general concerns relating to the breakdown in the relationship, the Firm, beginning the week of October 20, 2025, advised the Debtor that the Firm will need to withdraw and requested a substitution. After repeatedly communicating these concerns, a draft of this Motion was sent to the Debtor on November 4, 2025, via e-mail.

### III. AN ATTORNEY IS PERMITTED TO WITHDRAW WHEN THERE IS A BREAKDOWN IN THE COMMUNICATION BETWEEN COUNSEL AND THE DEBTOR

Rule 1.16(b)(4) of the California Rules of Professional Conduct permits an attorney to withdraw from representation if the client, "by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively."

The breakdown in the attorney-client relationship, and certain acts and omissions (specifically: lack of communication, not providing consistent information and not clarifying specific questions requested by Counsel), render it unreasonably difficult for the Firm to carry out its representation.

Although there is no personal animosity between the Debtor and the Firm, it is clear that the Firm can no longer advocate on behalf of the Debtor nor be useful to the Debtor. Therefore, the Firm should withdraw and allow the Debtor to proceed as he wishes.

Pursuant to Rule 1.16(d) of the California Rules of Professional Conduct, the Firm has taken steps to minimize any prejudice to the Debtor, as discussed above, by notifying the Debtor of its intent to withdraw.

The Firm requests that all further notices, pleadings, process and other papers addressed to the Debtor be served by mail to the following address:

Travis Farley Oke
28043 Lobrook Drive
Rancho Palos Verdes, CA 90275

## IV. CONCLUSION

Based upon the foregoing, the Firm hereby respectfully requests that the Court issue an order permitting the Firm to withdraw as counsel for the Debtor, effective upon entry of the order granting this Motion.

Dated: November 18, 2025                               **RHM LAW LLP**

                                                    **By:**     /s/   Matthew D. Resnik
                                                                  **Matthew D. Resnik**
                                                                  **Roksana D. Moradi-Brovia**
                                                                  *Attorneys for Debtor*
                                                                   Travis Farley Oke

**RHM LAW LLP**                                                                                                      **MOTION TO WITHDRAW**

### DECLARATION OF MATTHEW D. RESNIK

I, Matthew D. Resnik, declare as follows:

1. I have personal knowledge of the facts set forth below and if called as a witness to testify, I would and could testify competently thereto.

2. I am an attorney at law licensed in the State of California and authorized to practice before the District Courts in the Central District of California, and before this Court.

3. I am managing partner at RHM LAW LLP (the "Firm").

4. The Firm is counsel of record for TRAVIS FARLEY OKE, the "Debtor" and "Debtor-in-Possession" herein.

5. Irreconcilable differences between the Firm and the Debtor have revealed themselves with respect to the requirements of a Chapter 11 Debtor-in-Possession.

6. I am reluctant to discuss the details of such differences out of concern for attorney-client confidences, but I emphasize that the breakdown in the attorney-client relationship is clear and unambiguous.

7. Although there is no personal animosity between the Debtor and the Firm, it is clear that we can no longer be of any assistance to the Debtor and therefore the Firm should withdraw and allow him to proceed as he wishes.

8. Beginning the week of October 20, 2025, I repeatedly advised the Debtor, via email and telephone, that the Firm will need to withdraw and requested a substitution; the most recent communication was November 17, 2025. After repeatedly communicating these concerns, a draft of this Motion was sent to the Debtor on November 4, 2025, via e-mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18, 2025, at Encino, California.

    /s/ Matthew D. Resnik
    Matthew D. Resnik

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

17609 Ventura Blvd., Suite 314, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): Notice of Motion and Motion by RHM LAW LLP to Withdraw as General Bankruptcy Counsel to the Debtor; Memorandum of Points and Authorities; Declaration of Matthew D. Resnik in Support Thereof
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/18/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/18/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Travis Farley Oke
28043 Lobrook Drive
Rancho Palos Verdes, CA 90275

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/18/2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Debtor via email- not listed for privacy reasons

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/18/2025 | Gabriela Hansen | /s/ Gabriela Hansen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                           F 9013-3.1.PROOF.SERVICE

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]</u>**:

- **Todd S. Garan**    ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Counsel for Debtor</u>: **Matthew D. Resnik**    matt@rhmfirm.com, roksana@rhmfirm.com; russ@rhmfirm.com; sloan@rhmfirm.com; susie@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; david@rhmfirm.com
- <u>Counsel for Scheer Law Group, LLP</u>: **Joshua L Scheer**    jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- <u>Counsel for UST</u>: **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- <u>Counsel for Debtor</u>: **Roksana D. Moradi-Brovia**    Roksana@rhmfirm.com, matt@rhmfirm.com; russ@rhmfirm.com; sloan@rhmfirm.com; susie@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; david@rhmfirm.com

**2. SERVED BY UNITED STATES MAIL**:

ALL SECURED CREDITORS (OTHER THAN THOSE SERVED VIA NEF):

Los Angeles County Tax Collector
PO Box 54110
Los Angeles CA 90054-0110

Newrez
Attn: Bankruptcy
P.O. Box 10826
Greenville SC 29603-0000

Pacific Loanworks, Inc.
461 N. Grand Avenue
Covina CA 91724-0000

ALL PRIORITY CREDITORS OF THE ESTATE:

California Dept of Tax and Fee Admi
Special Ops, MIC 29
PO Box 942879
Sacramento CA 94279-0005

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento CA 95812-2952

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento CA 94280-0000

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

ALL REMAINING CREDITORS OF THE ESTATE + PARTIES FOR NOTICE (other than those served via NEF):

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998-0000

American Express National Bank
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0000

First Progress
Attn: Bankruptcy
Po Box 84040
Sioux Falls SD 57118-0000

California Water Service
P.O. Box 7229
San Francisco, CA 94120-7229

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Frontier
PO Box 740407
Cincinnati, OH 45274

So Cal Edison
PO Box 600
Rosemead, CA 91771

Time Warner Cable
PO BOX 60074
City of Industry, CA 91716

Tmobile
P.O. BOX 51843
Los Angeles, CA 90051