| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik (Bar No. 182562)<br>Roksana D. Moradi-Brovia (Bar No. 266572)<br>RHM LAW LLP<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316<br>Telephone: (818) 285-0100<br>Facsimile: (818) 855-7013<br>matt@RHMFirm.com<br>roksana@RHMFirm.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>TRAVIS FARLEY OKE,<br><br><div align="right">Debtor(s)</div> | CASE NO.: 2:25-bk-19188-BB<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion[1]*):<br>Motion by RHM LAW LLP to Withdraw<br>as General Bankruptcy Counsel to the Debtor |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Motion by RHM LAW LLP to Withdraw as General Bankruptcy Counsel to the Debtor

was lodged on (*date*) __11/18/2025__ and is attached.  This order relates to the motion which is docket number 23__.

---

[1] Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

1  Matthew D. Resnik (Bar No. 182562)
   Roksana D. Moradi-Brovia (Bar No. 266572)
2  **RHM LAW LLP**
   17609 Ventura Blvd., Suite 314
3  Encino, CA 91316
   **Telephone:** (818) 285-0100
4  **Facsimile:** (818) 855-7013
   matt@RHMFirm.com
5  roksana@RHMFirm.com

6  *Attorneys for Debtor*
   Travis Farley Oke

7

8
                    **UNITED STATES BANKRUPTCY COURT**
9
         **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**
10

11  In re                                    ) Case No. 2:25-bk-19188-BB
                                             )
12          TRAVIS FARLEY OKE,               ) Chapter 11
                                             )
13          Debtor and Debtor-in-Possession. ) **ORDER GRANTING MOTION BY RHM
                                             ) LAW LLP TO WITHDRAW AS
14                                           ) GENERAL BANKRUPTCY COUNSEL
                                             ) TO THE DEBTOR**
15                                           )
                                             ) *[No hearing required pursuant to LBR 9013-
16                                           ) 1(p)(4).]*
                                             )
17                                           )
                                             )
18  _____)

19          The Court having considered RHM LAW LLP's (the "Firm") *Motion to Withdraw

    as General Bankruptcy Counsel* [Docket No. 23] [the "Motion"]; and it appearing that
20
    notice of the Motion was proper; and good cause appearing therefor,
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
                                             1

**RHM LAW LLP**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY ORDERED that:

1.      The Motion is **GRANTED**; and

2.      The Firm is hereby relieved as attorneys of record for TRAVIS FARLEY

OKE, the "Debtor" and "Debtor-in-Possession" in the above-stated Chapter 11 case.

###

**RHM LAW LLP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

17609 Ventura Blvd., Suite 314
Encino, CA 91316

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____11/18/2025____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) ____11/18/2025____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Travis Farley Oke
28043 Lobrook Drive
Rancho Palos Verdes, CA 90275

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____11/18/2025____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor via email - not listed for privacy reasons

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/18/2025 | Gabriela Hansen | /s/ Gabriela Hansen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

### 1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) [CONTINUED]</u>:

- **Todd S. Garan**     ch11ecf@aldridgepite.com, TSG@ecf.inforuptcy.com; tgaran@aldridgepite.com
- <u>Counsel for Debtor</u>: **Matthew D. Resnik**     matt@rhmfirm.com, roksana@rhmfirm.com; russ@rhmfirm.com; sloan@rhmfirm.com; susie@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; david@rhmfirm.com
- <u>Counsel for Scheer Law Group, LLP</u>: **Joshua L Scheer** jscheer@scheerlawgroup.com, jscheer@ecf.courtdrive.com
- <u>Counsel for UST</u>: **David Samuel Shevitz**     David.S.Shevitz@usdoj.gov
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- <u>Counsel for Debtor</u>: **Roksana D. Moradi-Brovia**     Roksana@rhmfirm.com, matt@rhmfirm.com; russ@rhmfirm.com; sloan@rhmfirm.com; susie@rhmfirm.com; priscilla@rhmfirm.com; rebeca@rhmfirm.com; rosario@rhmfirm.com; gabriela@rhmfirm.com; david@rhmfirm.com

### 2. SERVED BY UNITED STATES MAIL:

ALL SECURED CREDITORS (OTHER THAN THOSE SERVED VIA NEF):

Los Angeles County Tax
Collector
PO Box 54110
Los Angeles CA 90054-0110

Newrez
Attn: Bankruptcy
P.O. Box 10826
Greenville SC 29603-0000

Pacific Loanworks, Inc.
461 N. Grand Avenue
Covina CA 91724-0000

ALL PRIORITY CREDITORS OF THE ESTATE:

California Dept of Tax and Fee Admi
Special Ops, MIC 29
PO Box 942879
Sacramento CA 94279-0005

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento CA 95812-2952

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento CA 94280-0000

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

ALL REMAINING CREDITORS OF THE ESTATE + PARTIES FOR NOTICE (other than those served via NEF):

Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso TX 79998-0000

First Progress
Attn: Bankruptcy
Po Box 84040
Sioux Falls SD 57118-0000

Cincinnati, OH 45274

So Cal Edison
PO Box 600
Rosemead, CA 91771

American Express National Bank
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

California Water Service
P.O. Box 7229
San Francisco, CA 94120-7229

Time Warner Cable
PO BOX 60074
City of Industry, CA 91716

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0000

Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Tmobile
P.O. BOX 51843
Los Angeles, CA 90051

Frontier
PO Box 740407